EDWARD H. BARNETT, complainant,

*v.*

SCHICKERLING PRODUCTS CORPORATION, defendant.

[Decided September 27th, 1933.]

*Mr. Merritt Lane,* for the complainant.

*Mr. Henry Gottfried* and *Mr. Frederick J. Israel,* for the defendant.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *112 N. J. Eq. 1.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.